IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SLAWOMIR T. BOZKO, on behalf of himself and other similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 17-cv-00680 |
| v. | ) | Magistrate Judge Finnegan |
| LAS HARDWOOD, INC., LAS HARDWOODS B, LLC, LAS TRANSPORT LLC, SLAWOMIR BIALON, and PRZEMYSLAW BIALON | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL *WITHOUT PREJUDICE*
TO CONVERT TO DISMISSAL WITH PREJUDICE ON JUNE 1, 2019**

Plaintiff Slawomir T. Bozko and Defendants LAS Hardwoods, Inc., LAS Hardwoods B, LLC, LAS Transport, LLC, Slawomir Bialon and Przemyslaw Bialon (collectively "Defendants"), by their respective attorneys, having settled this matter, hereby stipulate to the dismissal of this lawsuit *without prejudice*, to convert to a dismissal *with prejudice* on June 1, 2019 unless a motion is brought on or before that date to reinstate the case. The dismissal with prejudice will be of all of Plaintiffs' claims that were brought in this action against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs except as otherwise agreed in the parties settlement agreement.

Respectfully Submitted,

**For Plaintiff:**
*s/Christopher J. Williams*
Christopher J. Williams
Workers' Law Office, P.C.
53 W. Jackson Blvd, Suite 701
Chicago, IL 60604

**For Defendants:**
*s/Adam Augustynski*
Adam Augustynski, Esq.
Attorney-at-Law
5850 W. Bryn Mawr Ave.
Chicago, IL 60646

Dated:   January 31, 2019